UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  23-cr-1358-JO |
| Plaintiff, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| v. | |
| IVAN MARTINEZ (1); JOSEPH ALLEN ROMERO (2); EDGAR ZAPATA (3), | |
| Defendants. | |

On October 5, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 13, 2023 to January 12, 2024.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 49] and sets the Motion Hearing/Trial Setting on January 12, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

1    Further, on August 7, 2023, Defendant Ivan Martinez and Defendant Joseph Allen

2  Romero each filed a pretrial motion that remains pending.  Additionally, on August 8,

3  2023, Defendant Edgar Zapata also filed a pretrial motion that remains pending.

4  Accordingly, the Court finds that time from August 7, 2023 to January 12, 2024 shall be

5  excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.  18

6  U.S.C. § 3161(h)(1)(D).  This time is excluded as to co-Defendants.  *United States v.*

7  *Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from

8  the Speedy Trial clock for one defendant applies to all codefendants.").

9    IT IS SO ORDERED.

10 Dated: 10/12/2023

11                                                      _____

       Hon. Jinsook Ohta
       UNITED STATES DISTRICT JUDGE

23-cr-1358-JO