1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,              Case No. 23CR1358-JO
11                      Plaintiff,          [PROPOSED] ORDER OF
                                            CRIMINAL FORFEITURE
12          v.
13   IVAN MARTINEZ (1),
14                      Defendant.
15

16          WHEREAS, in the Information the United States sought forfeiture of all right,

17   title, and interest in the specific properties of Defendant, IVAN MARTINEZ,

18   ("Defendant"), pursuant to Title 21, United States Code, Section 853, as property

19   constituting, or derived from, any proceeds Defendant obtained directly or indirectly

20   and as property used or intended to be used in any manner or part, to commit, and to

21   facilitate the violation of  Title 21, United States Code, Sections 841(a)(1) and 846,

22   as set forth in Count 1 of the Information; and

23          WHEREAS, on or about November 28, 2023, Defendant pled guilty before

24   Magistrate Judge David D. Leshner to Count 1 of the Information, which plea

25   included consent to the forfeiture allegations of the Information, and consent to the

26   forfeiture of all firearms and ammunition seized in connection with the case pursuant

27   to Title 21, United States Code, Section 853, including but not limited to the

28   following:

1      a. A Rock Island Armory M1911 bearing serial number RIA2371418;

2      b. An AR-15 rifle with no serial number;

3      c. A Glock 27 .40 caliber handgun bearing serial number SMZ242;

4      d. A tan P80 9mm unserialized handgun;

5      e. A black P80 9mm unserialized handgun;

6      f. Various ammunition and magazines; and

7      WHEREAS, on January 24, 2024, this Court accepted the guilty plea of
8 Defendant; and

9      WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture
10 addendum, the Court finds that the United States has established the requisite nexus
11 between the forfeited firearms and ammunition and the offense; and

12      WHEREAS, the following firearms and ammunition are currently in the
13 custody of the San Diego Police Department:

14      a. A Rock Island Armory M1911 bearing serial number RIA2371418;

15      b. An AR-15 rifle with no serial number;

16      c. A Glock 27 .40 caliber handgun bearing serial number SMZ242;

17      d. A tan P80 9mm unserialized handgun;

18      e. A black P80 9mm unserialized handgun;

19      f. Various ammunition and magazines; and

20      WHEREAS, the United States, having submitted the Order herein to the
21 Defendant through his attorney of record, to review, and no objections having been
22 received;

23      Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

24      1.     Based upon the guilty plea of the Defendant, all right, title, and interest
25 of Defendant, IVAN MARTINEZ, in the above-mentioned firearms and ammunition,
26 which are currently in the custody of the San Diego Police Department are hereby
27 forfeited to the United States pursuant to Title 21, United States Code, Section 853.

28

1  The Court orders that the San Diego Police Department shall dispose of the firearms
2  and ammunition according to law, when no longer needed for evidence.

3      2.    No ancillary proceedings or further forfeiture action is required as to
4  Defendant, IVAN MARTINEZ, for this criminal case.

5      3.    Pursuant to rule 32.2(b)(4), this Order of Forfeiture shall be made final
6  as to the Defendant at the time of sentencing and is part of the sentence and included
7  in the judgment.

8
9  DATED: 2/14/24
10
11                    Honorable Jinsook Ohta
                      United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                        - 3 -                    23cr1358